

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-19-00173-CV

**IN RE KERRVILLE LODGING, LLC d/b/a ECONOLODGE**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Delivered and Filed: June 12, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On March 25, 2019, relator filed a petition for writ of mandamus and the respondent and the real party in interest responded. After considering the petition, the record, and the responses, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 181053B, styled *Kerrville Lodging, LLC d/b/a Econolodge and Jayram, LLC v. Great American Insurance Group*, pending in the 198th Judicial District Court, Kerr County, Texas, the Honorable Rex Emerson presiding.